No. 99–1727. GATES *v.* FORREST GENERAL HOSPITAL ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1729. UNIVERSE SALES CO., LTD. *v.* OFFSHORE SPORTSWEAR, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1738. CHILDREN'S SEASHORE HOUSE *v.* GUHL, COMMISSIONER, NEW JERSEY DEPARTMENT OF HUMAN SERVICES, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–1741. SUNOCO, INC., ET AL. *v.* SEYMOUR ET AL. Sup. Ct. Pa. Certiorari denied.

No. 99–1748. WILEY *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 99–1751. OCEANSIDE-MISSION ASSOCIATES *v.* CITY OF OCEANSIDE. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–1758. DELAWARE RIVER PORT AUTHORITY *v.* FRATERNAL ORDER OF POLICE, PENN JERSEY LODGE 30, ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 99–1762. VIRGINIA ELECTRONIC & LIGHTING CORP. *v.* NATIONAL SERVICE INDUSTRIES, INC., DBA LITHONIA LIGHTING. C. A. Fed. Cir. Certiorari denied.

No. 99–1763. GULF INSURANCE CO. *v.* SIEGFRIED CONSTRUCTION, INC. C. A. 4th Cir. Certiorari denied.

No. 99–1769. STRAIN, SHERIFF OF ST. TAMMANY PARISH *v.* CLIFFORD, AKA COLEMAN. C. A. 5th Cir. Certiorari denied.